IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MOTTLEY FAMILY
ENTERTAINMENT, INC.

D/B/A PUTT-PUTT FUN CENTER, et al.

      Plaintiff,

v.                                                                                  CIVIL NO. RDB-09-1546

WACHOVIA BANK, NATIONAL
ASSOCIATION

      Defendants.

\* \* \* \* \* \*

## MEMORANDUM OPINION

Presently pending before this Court is the Motion of the Defendant Wachovia Bank National Association for a More Definite Statement of Counts II and III of the First Amended Complaint. (Paper No.12). The Plaintiffs have opposed said motion contending that the Defendant is barred from its filing by Rule 12(e) of the Federal Rule of Civil Procedure as an answer has already been filed. However, the Defendant has correctly noted that no responsive pleading has been filed as to Counts II and III.

This Court has reviewed the First Amended Complaint in which the Plaintiffs Mottley Family Entertainment, Inc. d/b/a Putt-Putt Fun Center et al. have alleged that the Defendant violated the Bank Holding Act, 12 U.S.C. § 1972 et seq. and interfered with prospective economic advantage (Count II). The Plaintiffs have also requested the voiding of a loan (Count III). In light of the allegations of malicious conduct the defendant is entitled to a more definite

statement. *See Fare Deals, Ltd., v. World Choice Travel .com, Inc.,* 180 F. Supp. 2d 678 (D. Md. 2001).

Accordingly, said Motion for a More Definite Statement (Paper No.12) is GRANTED, and the plaintiffs shall provide a more definite statement within 30 days from the date of this Order.

September 25, 2009

/s/ Richard D. Bennett
Richard D. Bennett
United States District Judge